STATE OF CONNECTICUT *v.* RALPH SHELDON
(4050)

DUPONT, C. J., HULL and BORDEN, Js.

Argued October 4—decision released November 5, 1985

*Ralph Sheldon,* pro se, the appellant (defendant).

*James M. Bernardi,* assistant state's attorney, for the appellee (state).

PER CURIAM. The defendant appeals from his conviction by the court of the infraction of traveling unreasonably fast in violation of General Statutes § 14-218a.

The defendant's principal claim on appeal is that the court erred in denying him a jury trial. The only penalty authorized for an infraction is a fine not exceeding ninety dollars. General Statutes § 51-164m (c). There is no right to trial by jury in criminal actions where the maximum penalty is a fine of ninety-nine dollars or a sentence of thirty days, or both. General Statutes § 54-82b (a). This statute does not violate the Connecticut constitution or the United States constitution. *State* v. *Wheeler,* 37 Conn. Sup. 693, 435 A.2d 372 (1981).

We have carefully considered the defendant's two other claims of error and find them to be without merit.

There is no error.